Bruce V. Rorty, CSB No.: 126278
LAW OFFICE OF BRUCE VAIL RORTY
1379 W. Park Western Dr., Suite 661
San Pedro, CA 90732-2300
T: (424) 392-0027
F:- (310) 872-5021
brucerortylaw@gmail.com

Attorney for plaintiff Jayne Yvonne Ragland

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| JAYNE YVONNE RAGLAND, <br><br> Plaintiff, <br><br> vs. <br><br> NAVIENT SOLUTIONS LLC; MAXIMUS EDUCATION, LLC, dba AIDVANTAGE; and DOES 1 to 10, <br><br> Defendants. | CASE NO: 2:23-bk-15406-VZ <br><br> Chapter 7 <br><br> AP Case Number <br><br> PLAINTIFF JAYNE YVONNE RAGLAND S COMPLAINT TO DETERMINE THE DISCHARGABILITY OF CERTAIN STUDENT LOANS DUE TO UNDUE HARDSHIP |

COMES NOW, plaintiff JAYNE YVONNE RAGLAND ("plaintiff," "Jayne Ragland," or "Jayne"), who submits this complaint to determine the dischargeability of her two student loans:

PARTIES

1.      Jayne Yvonne Ragland ("plaintiff," "Jayne," or "Jayne Ragland") is a citizen of both California and the United States, who resides in Palmdale, California, which is within the jurisdiction of the Central District of California, Western Division.

2.      Defendant Navient Solutions LLC handled many federal student loans, including the loans taken out in 2005 by Jayne Ragland, until December 31, 2021. Navient's headquarters address is 220 Lasley Ave., Wilkes-Barre, PA 18706.

-1-

3.     Beginning January 1, 2022, Jayne Ragland's federal student loans were transferred to defendant MAXIMUS EDUCATION, LLC dba AIDVANTAGE. The AIDVANTAGE headquarters address for purposes of the two loans taken out by Jayne Ragland in 2005 is P.O. Box 4450, Portland, OR 97208-4450.

## JURISDICTION AND VENUE

4.     This adversary proceeding is brought under 11 USC § 523(a)(8) and Rule 7001(9) of the Federal Rules of Bankruptcy Procedure and its civil analog, 28 USC § 2201.

5.     This Court has jurisdiction over this adversary proceeding under § 157(b) and § 1334(b) of the Judiciary and Judicial Procedural Rules. Venue is proper in the Central District of California under 28 USC§ 1409 because this matter arises in and is related to a bankruptcy case filed in this district. More specifically, this matter is properly venued in the Western Division, Woodland Hills Courthouse.

## FINAL CONSENT ORDER STATEMENT

6.     Jayne Yvonne Ragland consents to entry of final orders or judgment by the bankruptcy court.

## FACTUAL ALLEGATIONS

**About Jayne Ragland's Financial Situation**

7.     Jayne Ragland is a never-married 67-year old, mother of 2 grown children, ages 38 and 34. Her son, Joshua Wade Ragland, is 38, engaged to Denise Theus, and resides in Palmdale, CA. He and Denise own their residence located at 37448 Wisteria Dr., Palmdale, CA 93551. Her daughter, Chudney Ragland, is 34 and resides at 43230 Gadsden Ave, Bldg. O, Unit 288, Lancaster, CA 93534.

8.     Jayne's living situation since 2011 can most accurately be described as "couch surfing." Her clothes wardrobe can fit in to approximately two large suitcases. Jayne owns no silverware, plates and bowls, cooking pots and pans, and related equipment. She owns no furniture. Jayne's assets are virtually nonexistent. She owns no home. She has no retirement savings. No stocks. No bonds. She owns nothing of value that can be sold to temporarily support herself. She owns a 2010 Toyota Yaris with about 267,785 elapsed miles as of August 9, 2023.

9.    As it stands, Jayne's main source of income since October 2022 is her Social Security Administration (SSA) retirement benefits. Right now, she receives $1,932.20 ($1,972.10 less $39.90 for medical coverage) net per month. She also receives $20.00 per month in State of California EBT, also known as food stamps. In 2022, she performed part-time work, in the fields of caretaking and miscellaneous office work, and earned $7,389.54 net.  In 2021, her sole income source was her SSA benefits.

10.    On August 21, 1992, Jayne was found to be permanently disabled, as rated by the SSA. She received SSDI from February 1993 through October 2022.

11.    From 1978 through 1993, Jayne was employed by Northwest Airlines, Inc., in their sales and marketing division.

12.    Jayne received her high school diploma in 1973 from Marietta High School in Marietta, Georgia.

13.    Jayne received an A.A. in 1995 from West Los Angeles College, located in Culver City. Jayne began a baccalaureate program in Fall 1996 at California State University at Long Beach. Her goal was to become an elementary school teacher. Jayne has not been able to pass the CBEST test, which is required before one can become a schoolteacher in California. She took classes at California State University at Long Beach through May 2001, receiving her baccalaureate in Liberal Arts with Concentration in Human Behavior that year (2001).

14.    Jayne Ragland took on a part-time night job with the United States Postal Service beginning in December 1990, and running through December 1991. She also freelanced when she could as a teacher's assistant at several elementary schools in the City of Long Beach, within the Long Beach Unified School District. during the years 1996 through 2001.  From year 1998-November 2010, Jayne became the primary caregiver to her ill-fated mother, until her mother's death.

15.    Jayne Ragland had two caregiving clients in 2013-2014. In 2014, she started Care Alternatives, Inc. as a sole proprietorship, offering caregiving services. Care Alternatives, Inc. essentially closed down in 2015, and formal dissolution papers were filed on January 22, 2022. Jayne Ragland drove for Uber in 2016, and for Postmates in 2017. She was trying to earn

-3-

1   sufficient funds to support herself, her children, and to make payments on the student loans as

2   she was able to. She also acted as an extra performer on entertainment shows through Central

3   Casting, Entertainment Partners, LLC, 300 E. Magnolia Blvd., Burbank, CA 91502.

4   16.     Jayne has never owned real estate in California or any other state. She and her children

5   moved in with her [now] late mother, Mrs. Annie Mae Richardson, to Inglewood, CA in 1998.

6   She took care of Mrs. Richardson until she passed away in 2010. Jayne Ragland was bedridden

7   in Georgia on November 20 thru December 2010, and January 2011 when her mother's death

8   exacerbated her anxiety condition. The late Mrs. Richardson was buried in Georgia.

9   17.     Jayne Ragland moved in for a short time with her sister in Westchester, CA, until she

10  moved into a studio apartment in February 2011 in Lawndale, CA. Chudney Ragland moved in

11  with her mother to help out. They lived there for eleven (11) years. Their landlord decided to sell

12  the Lawndale studio condominium in April 2022, apparently due to COVID-19 issues. Jayne

13  Ragland briefly sublet an apartment from a friend in Marina del Rey from 2021 to the lease's end

14  in April 2022. Jayne Ragland then began couch surfing at her son Joshua's home in Palmdale,

15  CA in **late** April 2022. She has resided there since then, except for occasional times when she

16  stays with her daughter in the Lancaster area. Jayne Ragland paid $700 in rent to her son, and her

17  then Social Security check amount was $1700 per month.

18  18.     The existing loans have made it difficult for Jayne Ragland to obtain housing on her own.

19  19.     Jayne Ragland applied for COVID-19 relief monies in December 2021. She was awarded

20  $2,700 in June 2022.

21  JAYNE RAGLAND TAKES OUT TWO STUDENT LOANS ON MARCH 14, 2005

22  20.     After suffering a nervous breakdown, Jayne Ragland decided in 2005 that she would go

23  to a four-year university, with the goal of receiving a bachelor's degree in liberal studies.  With

24  this degree, she hoped to make herself more employable, as well as to increase her earnings

25  potential. She did receive her bachelor's degree, however she has not been able to pass the

26  CBEST test, which is a requirement in order to become a teacher in California.

27  21.     Student Loan Incurred 3/14/2005; Loan #1, was for $31,972.45, with a 3.375 % interest

28  rate.

-4-

22.     Student Loan Incurred 3/14/2005; Loan #2 was for $44,388.75, with a 3.375% interest rate. According to Navient, loans 1 and 2 are both listed under the account number 9965518115.

23.     Jayne Ragland received her degree in May 2001; however, the aforementioned chain of events has limited her ability to maintain steady employment opportunities. Her diagnosis of severe anxiety attacks and depression, as well as her mother's death, and the frustration of not being able to pass tests, have all contributed to many missed economic opportunities.

## HEALTH ISSUES

24.     At the present time, Jayne has been diagnosed by medical professionals with these conditions:

   a)   Anxiety, treated with medications like Zoloft and Xanax, and talk therapy;

   b)   Type 2 diabetes, treated with medications such as Losartan and Glipizide; and

   c)   High blood pressure, treated with Amlodipine.

The anxiety condition has made it very challenging for Jayne to stay employed long-term from the mid-1990s to the present. Her current job prospects are minimal due to her age, combined with the health issues she faces. She continues to treat with her medical physician.

## PAYMENT HISTORY:

25. Over the years, Jayne, with the help of others, has made several payments on that debt when she could. Jayne made $350-400 per month payments over the years from 2005-2014. Beginning in 2015, Jayne began having difficulty making loan payments. Over the years since 2015, Jayne Ragland has requested deferments, forbearances, and interest rate reduction opportunities when she could not make payments.

26.     Jayne Ragland's forbearance history

*Entered Federal Student Loan Forbearance over the years;

06/30/2015 - 08/07/2016

09/30/2016 - 01/09/2017

03/31/2017 - 06/21/2018

07/22/2018 - 03/31/2019

05/06/2019 - 01/01/2020

-5-

1  09/30/2020 - 04/04/2022

2  27.    Navient at no time made Jayne Ragland aware that an available alternative to forbearance

3  was the Public Service Loan Forgiveness (PSLF) program.  When Jayne inquired about income-

4  based repayment plans, she was told she did not qualify.

5  28.    Those efforts, however, have gotten Jayne nowhere. Her balances have nearly doubled;

6  she owes over $152,460.32 as of June 30, 2023. (Loan #1 $63,835.19 and Loan #2 $88,625.13)

7  29.    Relief is not on the horizon. Neither loan qualifies for any type of forgiveness, income-

8  based repayment plans, or any type of modification that would give Jayne Ragland a reasonable

9  shot at getting out from under this debt.

10  30.    Furthermore, the loans previously held by Navient Solutions and now Aidvantage

11  continue to grow balance-wise as forbearances are needed.

12  31.    Jayne cannot pay these loans back while maintaining a minimal standard of living for

13  herself. Repayment of the loans held by Navient Solutions/Aidvantage imposes an undue

14  hardship on Jayne that will only increase if relief is not granted.

15  **PRAYER**

16  Jayne Yvonne Ragland asks this Court to:

17  •    Determine that in accordance with 11 USC § 523(a)(8), the payment of Jayne's loans

18  would impose an undue hardship on her;

19  •    Determine that Jayne's loans were discharged in her bankruptcy proceeding; and

20  •    Grant such other relief as this Court deems just and proper.

21

22  Respectfully submitted,

23  DATED:        August 10, 2023        LAW OFFICE OF BRUCE VAIL RORTY

24

25  BY: _____

26  Bruce Rorty, attorney for plaintiff Jayne Yvonne Ragland

27

28

COMPLAINT TO DETERMINE DISCHARGABILITY OF STUDENT LOANS